## Penn Township Appeal.

Argued September 30, 1963.   Before MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*William F. Caruthers,* for appellant.

*Christ. C. Walthour, Jr.,* with him *S. Wayne Whitehead,* and *Kunkle and Walthour,* and *Whitehead and Whitehead,* for appellee.

OPINION PER CURIAM, November 12, 1963:
Order affirmed.